IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARRYL ARMSTRONG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:14-cv-02033 ) |
| DAVIDSON COUNTY SHERIFF OFFICE MEDICAL DEPARTMENT, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

Plaintiff, Darryl Armstrong, an inmate at the Davidson County Sheriff's Office, filed this *pro se* action under 42 U.S.C. § 1983 against the Defendant "Davidson Co. Sheriff Office, Medical Department." (Docket Entry No. 1). Plaintiff also filed her application to proceed *in forma pauperis* (Docket Entry No. 2).

From a review of Plaintiff's submission, Plaintiff lacks the funds to pay the entire filing fee in advance, Plaintiff's application to proceed as a pauper (Docket Entry No. 2) is **GRANTED**.

Pursuant to 28 U.S.C. §§ 1915(b) and 1914(a), Plaintiff is nonetheless assessed the $350.00 civil filing fee. The Administrator of the Davidson County Sheriff's Office – Hill Detention Center, as custodian of Plaintiff's prison trust account, is **DIRECTED** to submit to the Clerk of Court, as an initial payment, the greater of: (a) 20% of the average monthly deposits to Plaintiff's credit at the jail; or (b) 20% of the average monthly balance to Plaintiff's credit for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, the custodian shall submit 20% of Plaintiff's preceding monthly income (or income

credited to Plaintiff for the preceding month), but only when Plaintiff's monthly income exceeds $10.00. 28 U.S.C. § 1915(b)(2). Payments shall continue until the $350.00 filing fee has been paid in full to the Clerk of Court. 28 U.S.C. § 1915(b)(3).

The Clerk of Court **MUST** send a copy of this order to the Administrator of the Davidson County Sheriff's Office – Hill Detention Facility to ensure compliance with that portion of 28 U.S.C. § 1915 pertaining to the payment of the filing fee. If Plaintiff is transferred from his present place of confinement, the Administrator must ensure that a copy of this order follows Plaintiff to his new place of confinement, for continued compliance herewith. All payments made pursuant to this order must be submitted to the Clerk of Court for the United States District Court for the Middle District of Tennessee, 801 Broadway, Nashville, TN 37203.

In accordance with the Memorandum filed herewith, this action is **DISMISSED** for failure to state a claim for which relief may be granted against the named Defendant. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

This is the Final Order in this action. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

ENTERED this the _12_ day of _January, 2015_

WILLIAM J. HAYNES, JR.
United States District Judge