UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARRYL ARMSTRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3-14-2033 |
| v. ) | Senior Judge Haynes |
| ) | |
| CORRECT CARE SOLUTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Report and Recommendation (Docket Entry No. 39) is **SET ASIDE as moot.** Plaintiff's amended complaint is dismissed under Fed. R. Civ. P. 4(m) and 41(b). This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 21st day of January, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge